UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-964 DWF/RLE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
APRIL D. HANSON MCINTOSH, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 10th day of March, 2005.

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE