A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **00-CV-964 (DWF/RLE)**

0541 - 0204 - 0593 - F

April D. Hanson McIntosh

US MARSHAL ... DEC 30 '04 ... 29 AM '04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: April D. Hanson McIntosh
1026 Fourth Street South
Moorhead, MN 56560

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

December 29, 2004 at Duluth, MN

s/Jenny Beck

(By) Jenny Beck, Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

SCANNED
MAR 2 3 2005
U.S. DISTRICT COURT MPLS

DATE 3-10-05
RETURNED UNEXECUTED Order Dismissing 3/10/05
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]